GEORGE A. OTSTOTT, ESQ. (SBN 184671)
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
111 Sutter Street, Suite 575
San Francisco, CA  94104
Telephone No.:  (415) 362-7126
Facsimile No.:   (415) 362-6401

Counsel for Defendants:
Pio de Feo and Maria de Feo

SUPERIOR COURT OF THE STATE OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BOLITHO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VALLEY RADIOLOGY MEDICAL ASSOCIATES, INC.; SOUTH DRIVE MEDICAL ASSOCIATES, INC.; PIO V. de FEO; MARIA E. de FEO; and DOES 1-25, Inclusive,<br><br>　　　　Defendants. | Case No.:  C04-5093 MMC (MEJ)<br><br>**STIPULATION RE:  SERVICE OF, AND RESPONSE TO, PLAINTIFF'S COMPLAINT**; ORDER THEREON |

　　　　Plaintiff, Brian Bolitho, and Defendants, Pio de Feo and Maria de Feo, by and through their respective attorneys, hereby stipulate to the following:

　　　　1.　　Pio de Feo and Maria de Feo agree to waive California's requirements for legally effective service of Summons and Complaint filed by plaintiff in this matter; and

　　　　2.　　Plaintiff agrees that the deadline for filing and service of Pio de Feo's and Maria de Feo's responses to the Complaint shall be July 22, 2005.

| | | |
|---|---|---|
| 1 | So Stipulated: | LAW OFFICES OF PAUL L. REIN |

Dated:_____      _____/s/_____
                            Patricia Barbosa, Esq.
                            Attorneys for Plaintiff
                            BRIAN BOLITHO

So Stipulated:              ERICKSEN, ARBUTHNOT, KILDUFF, DAY &
                            LINDSTROM, INC.

Dated: _____     _____/s/_____
                            George A. Otstott
                            Attorneys for Defendants
                            PIO de FEO AND MARIA de FEO

IT IS SO ORDERED.

Dated:  July 1, 2005

**APPROVED**
**Judge Maxine M. Chesney**