IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BOLITHO,<br><br>    Plaintiff,<br><br>  v.<br><br>VALLEY RADIOLOGY MEDICAL ASSOCIATES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-04-5093 MMC<br><br>**ORDER CLOSING CASE FOR ADMINISTRATIVE PURPOSES** |

    A consent decree having been entered on plaintiff's equitable claims, and the parties having advised the Court that a settlement has been reached as to plaintiff's claims for damages, it is hereby ORDERED that the above-titled action be closed for administrative purposes. Nothing contained in this order shall be considered a dismissal or disposition of this action, and, should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

    **IT IS SO ORDERED.**

Dated: December 21, 2005

                                          MAXINE M. CHESNEY
                                          United States District Judge