1    **FOLEY & LARDNER LLP**
     ATTORNEYS AT LAW
     ONE MARITIME PLAZA, SIXTH FLOOR
2    SAN FRANCISCO, CA 94111-3409
     TELEPHONE:  415.434.4484
3    FACSIMILE:  415.434.4507

4    EILEEN R. RIDLEY, BAR NO. 151735
     KEVIN F. WOODALL, BAR NO. 180650
     JENNIFER B. HOCHSCHILD, BAR NO. 221450
5    ATTORNEYS FOR DEFENDANT, VALLEY IMAGING
     PARTNERS, INC. (ERRONEOUSLY SUED HEREIN AS
     "VALLEY RADIOLOGY MEDICAL ASSOCIATES,
6    INC.")

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   BRIAN BOLITHO                          )   Case No. C 04 5093 MMC
                                            )
12              Plaintiff,                  )   **STIPULATED DISMISSAL WITH**
                                            )   **PREJUDICE OF ALL CLAIMS**
13        v.                                )   **AGAINST ALL DEFENDANTS  AND**
                                            )   **ORDER THEREON**
14   VALLEY RADIOLOGY MEDICAL               )
     ASSOCIATES, INC.; SOUTH DRIVE          )
15   MEDICAL ASSOCIATES, INC.; PIO V.       )
     DEFEO; MARIA E. DEFEO; and DOES        )
16   1-25 INCLUSIVE,                        )
                                            )
17              Defendants.                 )
     _____)

18

19

20        PLEASE TAKE NOTICE that plaintiff BRIAN BOLITHO and Defendants

21   VALLEY IMAGING PARTNERS, INC. (erroneously sued herein as "VALLEY

22   RADIOLOGY MEDICAL ASSOCIATES, INC."), SOUTH DRIVE MEDICAL

23   ASSOCIATES, INC. and PIO V. DEFEO and MARIA E. DEFEO hereby stipulate to the

24   dismissal with prejudice of the above-captioned action with respect to any and all claims

25   asserted in the action.  This dismissal is subject to the continuing jurisdiction of the Court

26   under the Consent Decree.

27   ///

28   ///

                                              SUBSTITUTION OF COUNSEL
                                              CASE  NO. C 04 5093 MMC

SFCA_377472.1

1

Dated: January _13_ , 2006

FOLEY & LARDNER

2

3

4

Eileen R. Ridley, Attorneys for Valley
Imaging Partners, Inc.

5

6

7

Dated: January _17_ , 2006

LAW OFFICES OF PAUL REIN

8

9

10

Paul L. Rein, Attorneys for Brian Bolitho
Julie Mclean

11

12

Dated: January _19_ , 2006

THELEN, REID & PRIEST LLP

13

14

15

Christopher Baker, Attorneys for Pio V.
Defeo and Maria E. Defeo

16

17

18

Dated: January ____ , 2006

BORTON, PETRINI & CONRON LLP

19

20

21

Curtis R. Hagan, Attorneys for South Drive
Medical Associates

22

23

24

25

26

27

28

SUBSTITUTION OF COUNSEL
CASE NO. C 04 5093 MMC

1  Dated: January /3 , 2006                    FOLEY & LARDNER

2

3

4                                              Eileen R. Ridley, Attorneys for Valley
                                               Imaging Partners, Inc.
5

6

7  Dated: January /7 , 2006                    LAW OFFICES OF PAUL REIN

8

9                                              Julie McLean

10                                             Paul L. Rein, Attorneys for Brian Bolitho
                                               Julie McLean
11

12  Dated: January ___, 2006                   THELEN, REID & PRIEST LLP

13

14

15                                             Christopher Baker, Attorneys for Pio V.
                                               Defeo and Maria E. Defeo
16

17

18  Dated: January /7 , 2006                   BORTON, PETRINI & CONRON LLP

19

20

21                                             Curtis R. Hagan, Attorneys for South Drive
                                               Medical Associates
22

23

24  IT IS SO ORDERED.

25  Dated: January 26, 2006

26                                             IT IS SO ORDERED

27                                             Judge Maxine M. Chesney

28